# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| LG CUSTER 190, LLC. dba CORTLAND CANYON CREEK § § § *Plaintiff*, § v. § § CEDRICK YOUNG, § § *Defendant*. § | Civil Action No. 4:22-cv-00688 Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 10, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #7) that the case be remanded to the Collin County Justice Court Precinct 3, Collin County, Texas, for lack of federal-court jurisdiction.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the case is **REMANDED** to the Collin County Justice Court Precinct 3, Collin County, Texas.

**IT IS SO ORDERED**.

SIGNED this 25th day of August, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE